Michael F. Ghozland, Esq. (SBN 223032)
Ghozland Law Firm, P.C.
555 West Fifth Street, Suite 3100
Los Angeles, CA 90013
P: (213) 996-8327
Counsel for Plaintiff Javid Siminou

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Javid Siminou

Plaintiff(s),

v.

Teva Pharmaceuticals USA Inc., et al.

Defendant(s).

CASE NUMBER

5:14-cv-00594-RGK-AJW

**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)**

PLEASE TAKE NOTICE: (*Check one*)

☑ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____
is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

July 29, 2014
Date

Signature of Attorney/Party

NOTE: F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.

F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.

CV-09 (03/10)    NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)